```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

JACQUETTA SHACKELFORD,         }
                               }
     Plaintiff,                }
                               }     CIVIL ACTION NO.
v.                             }     CV-13-AR-2301-S
                               }
WEST STAR CHILD CARE           }
DEVELOPMENT,                   }
                               }
     Defendant.                }
```

**MEMORANDUM OPINION AND ORDER**

As a result of the status conference conducted on June 24, 2014, in the above-entitled case, during which plaintiff, Jacquetta Shackelford, presented to the court the Agreement and General Release, which is attached hereto as Exhibit "A", and incorporated as is set forth in full, the court became convinced that whether or not defendant is correctly named as "West Star Child Care Development", defendant is a corporation which is not in bankruptcy. Exhibit "A" represents a proposed settlement between plaintiff, defendant, and defendant's sole stockholder. The Agreement is reasonable and does not involve any violation of the automatic stay in the bankruptcy of Yvette Renae Hill.

Under the circumstances, the court APPROVES and ADOPTS the proposed settlement and STAYS this action pending the implementation of the settlement agreement. Accordingly, the parties shall keep the court informed as to whether defendant and its guarantor have made the payments contemplated in the agreement,

and to notify the court when the final payment is made on or before December 31, 2014, at which time the action will be dismissed with prejudice with the parties to bear their own respective costs.

DONE this 25th day of June, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE